JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**YOUNG YIL JO,**
        **Plaintiff,**
    v.
**SIX UNKNOWN NAMES AGENTS, et al,**
        **Defendants.**

NO. CV 21-2213-GW (KS)

ORDER AND JUDGMENT OF DISMISSAL

On March 8, 2021, Plaintiff, a California state resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint is more of a collection of documents than a single coherent pleading, and it is difficult to comprehend, with no description of Plaintiff's legal claims for relief and the relevant supporting facts. (*See id.*) Additionally, on each page, multiple words and phrases are crossed out and there are handwritten annotations in the margins. (*See id.*)

As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059

(9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it).

On March 11, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On March 30, 2021, after three weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than April 13, 2021, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 4.)

Two months have now passed since the Court issued its March 11, 2021 notification, and three weeks have passed since Plaintiff's April 13, 2021 deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: May 10, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE